UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRISON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GG HOMES, INC., a California Corporation,<br><br>Defendant. | Case No.: 21-CV-186 JLS (KSC)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 3) |

Presently before the Court is Defendant GG Homes, Inc.'s Motion to Dismiss and/or Strike Plaintiff's Complaint (ECF No. 3). Plaintiff Kevin Morrison, proceeding *pro se*, filed an Amended Complaint nunc pro tunc to March 19, 2021. *See* ECF No. 11. Accordingly, the Court **DENIES AS MOOT** Defendant's Motion.

**IT IS SO ORDERED.**

Dated: March 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge