# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRISON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>GG HOMES, INC., a California Corporation,<br><br>  Defendant. | Case No.: 21-CV-186 JLS (KSC)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 15) |

Presently before the Court is Defendant GG Homes, Inc.'s Motion to Dismiss for Failure to State a Claim and Motion to Dismiss for Lack of Jurisdiction (ECF No. 15). On its own motion, the Court **VACATES** the hearing scheduled for May 13, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: May 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge