UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORRISON, an individual,<br><br>                                   Plaintiff,<br><br>v.<br><br>GG HOMES, INC., a California Corporation,<br><br>                                   Defendant. | Case No.: 21-CV-186 JLS (KSC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT GG HOMES, INC.**<br><br>(ECF No. 24) |

Presently before the Court is Defendant GG Homes, Inc.'s Motion to Withdraw Attorney Kristin E. Haule as Counsel of Record for Defendant (ECF No. 24). Defendant requests that Kristin E. Haule be withdrawn as counsel because she is no longer with the law offices of Manatt, Phelps & Phillips, LLP. Defendant will continue to be represented by Christine Reilly and Ivette Zamora of Manatt, Phelps & Phillips, LLP. Good cause appearing, the Court **GRANTS** the Motion. The Clerk of the Court will update the docket

///

///

///

///

///

to reflect the withdrawal of Ms. Haule and remove her from the CM/ECF electronic service list.

**IT IS SO ORDERED.**

Dated:  December 17, 2021

Hon. Janis L. Sammartino
United States District Judge